SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br><br>Rigoberto's Taco Shop, et al,<br><br><br><br>　　　　　Defendants. | Case No.: CIV.S 10-02111-FCD-KJM<br><br>**REQUEST RE DISMISSAL OF DAVID HESS; LINDA HESS; ORDER**<br><br>Complaint Filed: AUGUST 6, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (David Hess; Linda Hess) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. Defendants (David Hess; Linda Hess) are dismissed because these Defendants are not proper parties to this action.

Dated: October 5, 2010　　　　　　　　　　/s/Scott N. Johnson
　　　　　　　　　　　　　　　　　　　　SCOTT N. JOHNSON
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: October 6, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE